NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANGEL VALDEZ-GONZALES,                    )
DOC #D42638,                              )
                                          )
            Appellant,                    )
                                          )
v.                                        )      Case No.  2D18-4540
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Angel Valdez-Gonzales, pro se.


PER CURIAM.

            Affirmed.


SILBERMAN, LaROSE, and ATKINSON JJ., Concur.